39 A.3d 991

Jerome MOUZON, Petitioner

v.

The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 132 EM 2011.

Supreme Court of Pennsylvania.

Feb. 29, 2012.

## ORDER

PER CURIAM.

AND NOW, this 29th day of February, 2012, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**